IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GARY M. WALLACE, | : | CASE NO. 15-10221 |
| | : | |
| Debtor. | : | JUDGE W. H. DRAKE |
| _____ | : | |

## DEBTOR'S MOTION TO SET CLAIMS BAR DATE

GARY M. WALLACE (the "Debtor"), by his attorney, Smith Conerly LLP, pursuant to Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure, requests that the Court set a bar date by which creditors must file proofs of claim, and states:

1. On February 2, 2015, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, including its Schedules of Assets and Liabilities.

2. The Debtor owns and manages real estate rental properties located in Coweta, Dade and Walker Counties, Georgia (the "Business") as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. The Debtor intends to file a plan of reorganization that will allow it to continue to own and operate the Business. To do so, the Debtor needs to know the full extent of claims asserted against its estate. As a result, the Debtor needs the Court to set a claims bar date.

4. The Debtor requests that the Court set a bar date of November 30, 2015 for all creditors except administrative claimants to file proofs of claim. Such a date allows creditors more than 30 days after receiving notice of the claims bar date to file their proofs of claim and should be more than adequate considering that the Debtor has already filed its Schedules of Assets and Liabilities and this case has been pending for more than ten (10) months.

WHEREFORE, the Debtor respectfully requests that the Court enter an order setting November 30, 2015 as the bar date by which all creditors except administrative claimants must file proofs of claim, and granting the Debtor such other and further relief as this Court deems just and equitable.

Dated: October 19, 2015

                                                Respectfully submitted,

                                                By: /s/ J. Nevin Smith
                                                      J. Nevin Smith
                                                      Attorney for Debtor

SMITH CONERLY LLP
402 Newnan Street
Carrollton, GA 30117
(770) 834-1160

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GARY M. WALLACE, | : | CASE NO. 15-10221 |
| | : | |
| Debtor. | : | JUDGE W. H. DRAKE |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | : | |

**CERTIFICATE OF SERVICE**

    I, J. Nevin Smith, declare that on October 19, 2015, I served the following:

**DEBTOR'S MOTION TO SET CLAIMS BAR DATE**

has been served upon the parties listed on Exhibit "A" attached hereto by placing a copy of same in the United States Mail, postage prepaid and addressed.


Dated: October 19, 2015                   /s/ J. Nevin Smith
                                                                          J. Nevin Smith

SMITH CONERLY LLP
402 Newnan Street
Carrollton, Georgia 30117
770-834-1160

EXHIBIT "A"

| | | |
|---|---|---|
| | American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Avery S. Jackson<br>PO Box 2069<br>Carrollton, GA 30112-0039 | BB&T<br>P.O. Box 580506<br>Charlotte, NC 28258-0506 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Bank of America<br>Attn: Corresp Unit/CA6-919-02-41<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Bank of Lafayette<br>PO Box 1149<br>LaFayette, GA 30728-1149 |
| Benjamin T. Bradford<br>105 E. LaFayette Square<br>La Fayette, GA 30728-2929 | Brookstone Park HOA<br>3150 Hwy. 34 East<br>Suite 209<br>Newnan, GA 30265-2123 | CACH, LLC<br>4340 S. Monaco Street<br>2nd Floor<br>Denver, CO 80237-3485 |
| CPU/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Cach, LLC, as Assignee of MBNA<br>c/o Lageza & Johanson, LLC<br>3520 Piedmont Rd. NE Ste 415<br>Atlanta, GA 30305-1512 | Capital One, N.A.<br>Capital One Bank (USA) N.A.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Charles D. Jones<br>One Griffin Center<br>Suite 600<br>Griffin, GA 30223 | Charter Federal<br>PO Box 472<br>West Point, GA 31833-0472 | CharterBank<br>269 Roswell Street<br>Marietta, GA 30060-2063 |
| Clifton M. Sandlin<br>PO Box 1038<br>Newnan, GA 30264-1038 | Coweta Co. Tax Commissioner<br>P.O. Box 195<br>Newnan, GA 30264-0195 | Dade County Tax Commissioner<br>71 Case Avenue<br>Trenton, GA 30752-2429 |
| Dade County Tax Commissioner<br>Jane I. Moreland<br>PO Box 349<br>Trenton, GA 30752-0349 | Discover Bank<br>1427 Roswell Road<br>Marietta, GA 30062-3668 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Hubert Nall, III<br>207 Avery Street<br>Decatur, GA 30030-3804 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19104-5002 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Israel Virgil<br>3130 Antioch Road<br>Franklin, GA 30217-3620 | Jarvis B. Lakemaker<br>1427 Roswell Road<br>Marietta, GA 30062-3668 |

```
A. Keith Logue                      A. Keith Logue                     Melissa Lynn Greissing as Exec
3423 Weymouth Ct.                   Logue Law, PC                      c/o Samuel J. Beck
Marietta, GA 30062-4286             3423 Weymouth Court                42 Eastbrook Bend
                                    Marietta, GA 30062-4286            Peachtree City, GA 30269-1530

Midland Funding                     Mountain Valley Community Bank
8875 Aero Dr Ste 200                136 N. Main Street                 Office of the United States Trustee
San Diego, CA 92123-2255            Cleveland, GA 30528-1122           362 Richard Russell Building
                                                                       75 Ted Turner Drive, SW
Peter A. Durham                     (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Atlanta, GA 30303-3315
Gover & Davis, P.A.                 PO BOX 41067
P.O. Box 1038                       NORFOLK VA 23541-1067              Regions Bank
Newnan, GA 30264-1038                                                  PO Box 11007
                                                                       Birmingham, AL 35288-0001


Thomas D. Richardson                Robert Wallace                     John D. Schlotter
Brinson, Askew, Berry, et al        1310 Ringgold Road                 Aldridge Pite, LLP
P. O. Box 5007                      La Fayette, GA 30728-6308          Fifteen Piedmont Center Suite 500
Rome, GA 30162-5007                                                    3575 Piedmont Rd., NE
                                                                       Atlanta, GA 30305-1623


Sears/CBNA                          Secretary of the Treasury          J. Nevin Smith
PO Box 6283                         15th & Pennsylvania Avenue, NW     Smith Conerly LLP
Sioux Falls, SD 57117-6283          Washington, DC 20200               402 Newnan Street
                                                                       Carrollton, GA 30117-3111


Thomas Edward Austin, Jr.           Thomas Kirk                        R. Jeneane Treace
Suite 1005                          15 Highland Parkway                Office of the United States Trustee
3490 Piedmont Road, NE              Sharpsburg, GA 30277-3454          362 Richard Russell Bldg.
Atlanta, GA 30305-4809                                                 75 Ted Turnerr Drive, SW
                                                                       Atlanta, GA 30303-3315


U. S. Securities and Exchange Commission                               United Bank
Office of Reorganization                                               PO Box 340
Suite 900                                                              Barnesville, GA 30204-0340
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382


Walker County Property Tax Commissioner   Walker County Tax Commissioner   Gary M Wallace
101 Farris Street                         PO Box 1604                      762 Vaughn Road
P O Box 628                               La Fayette, GA 30728-1604        Newnan, GA 30265-1869
LaFayette, GA 30728-0628


R. Brian Wooldridge                 Zwicker & Associates, P.C.
Mann & Wooldridge                   Suite 120
28 Jackson Street                   2470 Satellite Blvd.
PO Box 310                          Duluth, GA 30096-1256
Newnan, GA 30264-0310
```

BB&T Bankruptcy
PO Box 1847
Wilson, NC 27894-1847
100-50-01-51

Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GARY M. WALLACE, | : | CASE NO. 15-10221 |
| | : | |
| Debtor. | : | JUDGE W. H. DRAKE |
| _____ | : | |

ORDER AND NOTICE FIXING TIME WITHIN WHICH
PROOFS OF CLAIM MUST BE FILED

      Upon application by the debtor herein, and pursuant to Bankruptcy Rule 3003(c)(3), and it appearing that the debtor has filed a list of creditors pursuant to Bankruptcy Rule 1007, it is hereby

      ORDERED AND NOTICE IS HEREBY GIVEN that the Court fixes

November 30, 2015 (the "Bar Date")

as the last day on which any entity, including without limitation, individuals, partnerships, corporations, estates, trustees and governmental units, may file a timely proof of claim or interest in this case. The term "claim", defined in 11 U.S .C. § 101(5), includes those secured by an interest in Debtor's property or property of the estate and may include claims arising from the rejection of an executory contract or unexpired lease.

PLEASE TAKE FURTHER NOTICE that any such proof of claim or interest shall be filed with:

> Clerk, U.S. Bankruptcy Court
> 1340 U.S. Courthouse
> 75 Spring Street, S.W.
> Atlanta, Georgia 30303-3367

with a copy of all proofs of claim mailed to counsel for the Debtor at the following address:

> J. Nevin Smith, Esq.
> Smith Conerly LLP
> 402 Newnan Street
> Carrollton, Georgia 30117

A proof of claim will be deemed timely filed only if it is actually received by the Clerk's Office, whether in paper or electronic form, on or before the Bar Date.

PLEASE TAKE FURTHER NOTICE THAT ALL ENTITIES FAILING TO FILE A PROOF OF CLAIM OR INTEREST ON OR BEFORE THE BAR DATE MAY BE FOREVER BARRED FROM (A) ASSERTING A CLAIM AGAINST, OR INTEREST IN, THE DEBTOR, THE DEBTOR'S PROPERTY OR THE BANKRUPTCY ESTATE AND (B) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY CONFIRMED PLAN OF REORGANIZATION, except that the following entities need not file a proof of claim or interest:

(1) Any entity that has already properly filed a proof of claim or interest with the Clerk of this Court; and

(2) Any entity with a claim or interest listed in Debtor's Schedules in an amount and in a classification satisfactory to that entity and not designated in the Schedules as disputed, contingent or unliquidated.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1111(a) of the Bankruptcy Code, 11 U.S.C. § 1111(a), a proof of claim or interest is deemed filed for any claim that appears in the Debtor's Schedules, except any claim or interest that is scheduled as disputed, contingent or unliquidated as to amount. Debtor's Schedules may be examined during normal business hours at the office of the Clerk, U.S. Bankruptcy Court, whose address appears above. Debtor's Schedules may be found at http://pacer.psc.uscourts.gov/. An entity planning to rely on the Schedules is responsible for reviewing them to determine whether the claim or interest (1) is listed as disputed, contingent, unliquidated or (2) is listed in the correct amount or (3) is otherwise properly scheduled, that entity must file a proof of claim or interest on or before the Bar Date in order to be certain that it receives the treatment it asserts is correct.

IT IS FURTHER ORDERED that counsel for Debtor shall serve a copy of this Order and Notice upon all creditors and parties in interest within 72 hours of entry hereof and shall file the appropriate certificate of service with this Court within three (3) business days thereafter.

**[END OF DOCUMENT]**

Prepared and Presented by:

By: /s/ J. NevinSmith
    J. Nevin Smith
    Georgia Bar No. 661110

SMITH CONERLY LLP
402 Newnan Street
Carrollton, Georgia 30117
770-834-1160