

**IT IS ORDERED as set forth below:**

**Date: October 20, 2015**

_____

**W. Homer Drake**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER |
| | : | |
| GARY M. WALLACE, | : | |
| | : | N15-10221-WHD |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 11 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**ORDER AND NOTICE OF BAR DATE FOR FILING PROOF OF CLAIM**
**TO ALL CREDITORS AND ANY ENTITY THAT ASSERTS A**
**CLAIM AGAINST THE ABOVE-CAPTIONED DEBTOR:**

PLEASE TAKE NOTICE that all entities with claims against GARY M. WALLACE, debtor and debtor in possession in the above-captioned case, not listed in the Debtor's bankruptcy schedules, or with claims scheduled as disputed, contingent or unliquidated, or with claims in amounts different from that listed in the Debtor's bankruptcy schedules, must file a proof of claim and proper supporting documentation with the Clerk of the Bankruptcy Court, Lewis R. Morgan Federal Building and United States Courthouse, P.O. Box 2328, Newnan, GA 30264, and serve upon counsel for the Debtor no later than <u>November 30, 2015.</u>

.

Any claimant with a claim as described above who fails to timely file and serve a proof of claim shall be forever barred from participating in the above-captioned chapter 11 case with respect to voting on any proposed plan of reorganization and distribution, or in any other regard. Nonetheless, the holder of any such unfiled claim shall be bound by the terms of a plan of reorganization confirmed by the court.

All claims must be filed with the Clerk of the United States Bankruptcy Court and served on the Debtor's counsel no later than <u>November 30, 2015.</u>

The Clerk is directed to serve a copy of this Order on the debtor's attorney and United States Trustee.

**END OF DOCUMENT**

COUNSEL IS SERVING:


s/_____
Karen Balkcom, Courtroom
Deputy to Judge Drake
October 20, 2015